# State of Louisiana
## Secretary of State

03/17/2021

Legal Services Section
P.O. Box 94125, Baton Rouge, LA 70804-9125
(225) 922-0415

OLD REPUBLIC INSURANCE COMPANY
C/O THE PRENTICE-HALL CORPORATION SYSTEM, INC.
501 LOUISIANA AVENUE
BATON ROUGE, LA 70802-5921

Suit No.: 815129
24TH JUDICIAL DISTRICT COURT
JEFFERSON PARISH

EDDIE DAVIS, JR.
vs
OLD REPUBLIC INSURANCE COMPANY, ET AL

Dear Sir/Madam:

I am enclosing a citation served in regard to the above entitled proceeding. If you are not the intended recipient of this document, please return it to the above address with a letter of explanation. All other questions regarding this document should be addressed to the attorney that filed this proceeding.

Yours very truly,

R. KYLE ARDOIN
Secretary of State

Served on: R. KYLE ARDOIN
Served by: E CUMMINS

Date: 03/16/2021
Title: DEPUTY SHERIFF

No: 1193241

KC



(101) CITATION: PETITION FOR DAMAGES / WRITTEN REQUEST FOR NOTICE;   210302-1059-1

## 24TH JUDICIAL DISTRICT COURT
## PARISH OF JEFFERSON
## STATE OF LOUISIANA

EDDIE DAVIS JR
   versus
OLD REPUBLIC INSURANCE COMPANY, JOSEPH NEWELL, MERCER TRANSPORTATION CO INC, PROGRESSIVE SECURITY INSURANCE COMPANY

Case: 815-129    Div: "G"
P 1 EDDIE DAVIS JR

To: OLD REPUBLIC INSURANCE COMPANY
THROUGH THEIR AGENT FOR SERVICE OF PROCESS
LOUISIANA SECRETARY OF STATE
8585 ARCHIVES AVE
BATON ROUGE LA 70809

#18345 $78.72 SEBR
#18346 $50.00 S/S

SERVED ON
R. KYLE ARDOIN
MAR 16 2021
SECRETARY OF STATE
COMMERCIAL DIVISION

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR DAMAGES / WRITTEN REQUEST FOR NOTICE of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within (15) CALENDAR days after the service hereof, under penalty of default.

This service was requested by attorney CRAIG S. LEYDECKER and was issued by the Clerk of Court on the 2nd day of March, 2021.

/s/ Donna G. Muscarello
Donna G. Muscarello, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

_____SERVICE INFORMATION_____

(101) CITATION: PETITION FOR DAMAGES / WRITTEN REQUEST FOR NOTICE;   210302-1059-1

Received:_____ Served:_____ Returned:_____

Service was made:
   ___ Personal    ___ Domiciliary _____

Unable to serve:
   ___ Not at this address    ___ Numerous attempts ___ times
   ___ Vacant    ___ Received too late to serve
   ___ Moved    ___ No longer works at this address
   ___ No such address    ___ Need apartment / building number
   ___ Other _____

Service: $_____    Mileage: $_____    Total: $_____

Completed by:_____ # _____
                Deputy Sheriff
Parish of: _____

835

24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

NUMBER: 815-129    STATE OF LOUISIANA    DIVISION: " "

6

EDDIE DAVIS, JR.

VERSUS

OLD REPUBLIC INSURANCE COMPANY, JOSEPH NEWELL, MERCER TRANSPORTATION CO., INC., AND PROGRESSIVE SECURITY INSURANCE COMPANY, as uninsured/underinsured motorist carrier for Eddie Davis Jr.

FILED: _____    DEPUTY CLERK: _____

***********************************************************************

## PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes Petitioner, EDDIE DAVIS, JR., person of the full age of majority and resident of and domiciled in the Parish of Jefferson, State of Louisiana, who respectfully represents:

I.

Made defendants herein are:

A.    OLD REPUBLIC INSURANCE COMPANY, a foreign insurance company authorized to do and doing business in this Parish and State, which upon knowledge and belief, at all times relevant herein, had in full force and effect a policy of automobile liability insurance in favor of, JOSEPH NEWELL and/or MERCER TRANSPORTATION CO., INC;

B.    JOSEPH NEWELL, a person of the full age of majority and believed to be a resident of and domiciled in the County of Gallia, State of Ohio who operated the vehicle involved on the date/time of the accident herein;

C.    MERCER TRANSPORTATION CO., INC., a foreign corporation believed to be authorized to do and doing business in Louisiana; and

D.    PROGRESSIVE SECURITY INSURANCE COMPANY, a foreign insurance company authorized to do and doing business in this Parish and State, which, upon knowledge and belief, at all times relevant herein had in full force and effect a policy of uninsured/underinsured

24th E-Filed: 02/26/2021 08:28 Case: 815129 Div:G Atty:025769 CRAIG S LEYDECKER

motorist coverage and/or medical payments coverage for the vehicle operated by EDDIE DAVIS, JR.

II.

Defendants are liable and indebted unto Petitioner for such damages as are reasonable in the premises, including past physical pain and suffering, future physical pain and suffering, past mental pain and suffering, future mental pain and suffering, past loss of enjoyment of life, future loss of enjoyment of life, past medical expenses, future medical expenses, past lost wages/loss of earning capacity, future lost wages/loss of earning capacity, transportation expenses to and from the doctor, property damage, and loss of insurability, together with legal interest thereon from date of judicial demand, until paid, and for all costs of these proceedings, for the following to-wit:

III.

On March 16, 2020 at approximately 7:55 a.m., EDDIE DAVIS, JR., was operating his 2015 Ram 1500 traveling on Destrehan Extension northbound in the right lane in Jefferson Parish, Louisiana. At approximately the same time and place, a 2007 Freightliner Tractor with a flatbed attached, owned and operated by JOSEPH NEWELL, was traveling in the left lane of Destrehan Extension northbound in Jefferson Parish, Louisiana. EDDIE DAVIS, JR. was stopped at the stop sign at the intersection of US 90B (lower level of the Westbank Expressway) when, suddenly and without warning, the NEWELL Freightliner made a right turn onto US 90B from the left lane subsequently slamming into the left front fender of EDDIE DAVIS JR.'s vehicle. As a result of the collision, your Petitioner sustained property damage to his vehicle and severe and disabling bodily injuries.

IV.

Upon information and belief, at the time of the subject collision, JOSEPH NEWELL was in the course and scope of his employment with MERCER TRANSPORATION CO., INC.

V.

The accident and all resulting injuries and damages were caused directly and proximately by the negligence of Defendants, JOSEPH NEWELL and MERCER TRANSPORATION CO., INC., in the following non-exclusive respects:



03/02/2021 10:45:49 CERTIFIED TRUE COPY - Pg:2 of 8 - Jefferson Parish Clerk of Court - ID:2128752

24th E-Filed: 02/26/2021 08:28 Case: 815129 Div:G Atty:025769 CRAIG S LEYDECKER

AS TO JOSEPH NEWELL:

a.) Failing to see what he should have seen;

b.) Failing to keep a good and careful lookout;

c.) Failing to maintain reasonable and proper control of the vehicle he was operating;

d.) Driving inattentive, distracted, or otherwise failing to do what he should have done in order to avoid the accident;

e.) Operating his vehicle in a careless and reckless manner without regard for the safety of others;

f.) Failing to apply sufficient braking power necessary to bring his vehicle to a safe and complete stop before coming into contact with Petitioner's vehicle;

g.) Failing to observe the traffic traveling on Destrehan Extension;

h.) Failing to yield to traffic traveling on Destrehan Extension;

i.) Driving at a speed greater than was reasonable and prudent under the circumstances;

j.) Failing to properly inspect his vehicle;

k.) Failure to yield;

l.) Improper turning

m.) Improper lane usage

n.) Violating Louisiana law with regard to the operation of his vehicle and therefore being negligent per se under Louisiana law; and

o.) Any and all other facts of negligence, fault, or want of care which may be proven at trial of this matter, all of which said acts or omissions are in violation of the traffic law or ordinances for the Parish of Jefferson and/or the State of Louisiana, and which are pled herein as if copied *in extenso*.

AS TO MERCER TRANSPORTATION CO., INC.:

a.) Allowing an unskilled and unsafe driver to operate the vehicle at issue while under their employer;

b.) Failing to determine the ability of its driver;

c.) Failing to instruct, train, and/or supervise the driver as to the proper use of the vehicle at issue;

d.) Negligently hiring and/or retaining JOSEPH NEWELL; and

e.) Any and all other acts of negligence, which may be proven at the trial of this matter.


03/02/2021 10:45:49 CERTIFIED TRUE COPY - Pg:3 of 8 - Jefferson Parish Clerk of Court - ID:2128752

JON A. GEGENHEIMER

24th E-Filed: 02/26/2021 08:28 Case: 815129 Div:G Atty:025769 CRAIG S LEYDECKER

VI.

Upon information and belief, it is alleged that at all times material hereto, OLD REPUBLIC INSURANCE COMPANY provided a policy of liability insurance to MERCER TRANSPORTATION CO., INC. and/or JOSEPH NEWELL on the date and time of the subject incident, which said policy provided liability coverage for the type of loss sued upon herein, thus rendering OLD REPUBLIC INSURANCE COMPANY liable unto Petitioner along with the other named defendants for the liability asserted herein.

VII.

Upon information and belief, it is alleged that at all times material hereto, JOSEPH NEWELL was an employee of MERCER TRANSPORTATION CO., INC., and was acting within the course and scope of his employment with, was performing services for the benefit of, and/or was under the supervision, control, and/or direction of MERCER TRANSPORTATION CO., INC., on the day and time of this accident, thus rendering MERCER TRANSPORTATION CO., INC., vicariously liable for the actions of its employee, JOSEPH NEWELL under the legal theory of *respondeat superior*.

VIII.

Upon information and belief, at the time of the said accident, there was in full force and effect a policy of underinsured/uninsured motorist insurance which was issued by the Defendant, PROGRESSIVE SECURITY INSURANCE COMPANY, under the terms of which Defendant agreed to insure and indemnify for uninsured/underinsured motorist coverage the named insured/driver, EDDIE DAVIS, JR. Further, Plaintiff alleges that the insurance coverage in force and effect for JOSEPH NEWELL and/or MERCER TRANSPORTATION CO., INC., is insufficient to cover the injuries and damages of your Plaintiff. As such, Plaintiff avails himself of the provisions of the appropriate statutes of the State of Louisiana, which provide in substance that if the contract of liability insurance issued by OLD REPUBLIC INSURANCE COMPANY to JOSEPH NEWELL and/or MERCER TRANSPORTATION CO., INC., is inadequate to cover the damages of EDDIE DAVIS, JR., then EDDIE DAVIS, JR., and/or MERCER TRANSPORTATION CO., INC., pursuant to said statutes, becomes an uninsured/underinsured

motorist for all sums for which he is liable above the coverage, if any, provided by OLD REPUBLIC INSURANCE COMPANY as liability carrier. Thus, Plaintiff alleges that he has a direct cause of action against PROGRESSIVE SECURITY INSURANCE COMPANY under the uninsured/underinsured motorist provisions of the aforesaid contract of insurance with PROGRESSIVE SECURITY INSURANCE COMPANY, as uninsured/underinsured motorist carrier for EDDIE DAVIS, JR., for all damages in excess of those provided by OLD REPUBLIC INSURANCE COMPANY as liability carrier in this instance.

IX.

As a result of the above referenced accident and defendants' negligence, your Petitioner, EDDIE DAVIS, JR., suffered severe and disabling injuries, including, but not limited to, injuries to his head, neck, back, left arm, left forearm, and left hip. He has suffered and will continue to suffer severe physical pain and keen mental anguish. He has required medical care and rehabilitation for the injuries and serious residuals. He has incurred medical expenses, sustained residual and permanent disabilities and impairments, both physical and mental, which will require additional medical care. These conditions may continue, worsen, or become permanent.

X.

Petitioner, EDDIE DAVIS, JR., itemizes his damages as follows:

a.) Past and future medical expenses;

b.) Past and future pain and suffering;

c.) Past and future mental anguish and distress;

d.) Past and future loss of enjoyment of life;

e.) Past and future loss of income;

f.) Past and future loss of earning capacity;

g.) Property damage;

h.) Transportation expenses to and from the doctor; and

i.) Loss of insurability.

XI.

Petitioner pleads the doctrine of *res ipsa loquitur*.

24th E-Filed: 02/26/2021 08:28 Case: 815129 Div:G Atty:025769 CRAIG S LEYDECKER



JON A. GEGENHEIMER 03/02/2021 10:45:49 CERTIFIED TRUE COPY - Pg:5 of 8 - Jefferson Parish Clerk of Court - ID:2128752

XII.

Petitioner pleads the doctrine of *respondeat superior*.

WHEREFORE, Petitioner, EDDIE DAVIS, JR., prays that Defendants, OLD REPUBLIC INSURANCE, JOSEPH NEWELL, and MERCER TRANSPORATION CO., INC., be served with a copy of this petition, be duly required to answer same, and after due proceedings are had there be judgment rendered in favor of Petitioner, EDDIE DAVIS, JR., and against Defendants, OLD REPUBLIC INSURANCE COMPANY, JOSEPH NEWELL, and MERCER TRANSPORTATION CO., INC., jointly, severally, and *in solido* in an amount to be proven at the trial of this matter which is reasonable under the circumstances, plus legal interest from judicial demand, until paid, and for all costs of these proceedings.

Petitioner further prays for all general and equitable relief available to him under Louisiana law.

Respectfully submitted,

CRAIG S. LEYDECKER, (Bar #25769)
ELLEN K. BAGGETT, (Bar #37022)
505 Amelia Street
Gretna, Louisiana 70053
Phone No.: (504) 362-2222
Facsimile No.: (504) 336-2320
craig@leydeckerlaw.com
ellen@leydeckerlaw.com
Attorneys for Petitioner

*******PLEASE SERVE******
OLD REPUBLIC INSURANCE COMPANY
*Through their Agent for Service of Process*
Louisiana Secretary Of State
8585 Archives Ave.
Baton Rouge, LA 70809

JOSEPH NEWELL
234 Miller Road
Patriot, OH 45658
*Via Louisiana Long Arm Statute*

MERCER TRANSPORTATION COMPANY CORPORATION INC.
*Through their Agent for Service of Process*
CT Corporation System
334 North Senate Avenue
Indianapolis, IN 46204
*Via Louisiana Long Arm Statute*

*SERVICE CONTINUED ON THE FOLLOWING PAGE*



PROGRESSIVE SECURITY INSURANCE COMPANY
*Through their Agent for Service of Process*
CT Corporation System
3867 Plaza Tower Drive
Baton Rouge, LA 70816

24th E-Filed: 02/26/2021 08:28 Case: 815129 Div:G Atty:025769 CRAIG S LEYDECKER



03/02/2021 10:45:49 CERTIFIED TRUE COPY - Pg:7 of 8 - Jefferson Parish Clerk of Court - ID:2128752

JON A. GEGENHEIMER

515

24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

NUMBER: 815,129   STATE OF LOUISIANA   DIVISION: " "

EDDIE DAVIS, JR.

G

VERSUS

OLD AMERICAN INSURANCE COMPANY, JOSEPH NEWELL, MERCER TRANSPORTATION CO., INC., AND PROGRESSIVE SECURITY INSURANCE COMPANY, as uninsured/underinsured motorist carrier for Eddie Davis

FILED: _____   DEPUTY CLERK: _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### WRITTEN REQUEST FOR NOTICE

Petitioner, EDDIE DAVIS, JR., through undersigned counsel, respectfully requests the Clerk of this Honorable Court:

I.

To provide written notice by mail at least ten (10) days in advance of any date fixed for trial or hearing of this cause, whether on exceptions, rules, motions or the amendments thereof, in accordance with the provisions of Louisiana Code of Civil Procedure article 1572.

II.

To provide the undersigned counsel with immediate written notice of any other order or judgment rendered in this cause upon the entry of any such order or judgment, whether on the merits, exceptions, rules, or amendments thereof, in accordance with the provisions of Louisiana Code of Civil Procedure articles 1913 and 1914.

Requested this 25 day of February, 2021.

Respectfully submitted,

CRAIG S. LEYDECKER, (Bar #25769)
ELLEN K. BAGGETT, (Bar #37022)
505 Amelia Street
Gretna, Louisiana 70053
Phone No.: (504) 362-2222
Facsimile No.: (504) 336-2320
craig@leydeckerlaw.com
ellen@leydeckerlaw.com
Attorneys for Petitioner



R. KYLE ARDOIN
SECRETARY OF STATE
P.O. BOX 94125
BATON ROUGE, LA 70804-9125

CERTIFIED MAIL

7020 1290 0002 1786 4021

FIRST CLASS

U.S. POSTAGE ›› PITNEY BOWES
$ 004.51⁰
ZIP 70802
02 4W
0000367315 MAR. 17. 2021

SS104 (R 06/18)